UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL TORRES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-39 |
| | § | |
| OMAR LUCIO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 5, 2019, the United States Magistrate Judge filed a Report and Recommendation (Doc. 41) recommending that Plaintiff Daniel Torres's Complaint (Doc. 1) be dismissed without prejudice for want of prosecution. No party filed objections to the Report and Recommendation.

After considering the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation. Accordingly, it is:

**ORDERED** that Plaintiff's Complaint (Doc. 1) is **DISMISSED** without prejudice for want of prosecution.

SIGNED this 26th day of September, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge